SENTENCE DATA SHEET

DEFENDANT: **John Russell Morales**

CRIMINAL NO: H-12-273

CITIZENSHIP: United States.

GUILTY PLEA:

Count One - Possession with intent to distribute a controlled substance, 1,000 or marijuana plants.

Count Two - Possessing a firearm in furtherance of a drug trafficking crime.

SUBSTANCE
OF PLEA
AGREEMENT: The defendant will plead guilty to Counts One and Two of the Indictment and waive all appellate rights. The United States will dismiss Counts Three through Eight of the Indictment.

ELEMENTS:

Count One

– 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), Possession with intent to distribute a controlled substance, 1,000 or more marijuana plants.

| | |
|---|---|
| *First*: | That the defendant knowingly possessed a controlled substance; |
| *Second*: | That the substance was in fact marijuana; |
| *Third*: | That the defendant possessed the substance with the intent to distribute it; and |
| *Fourth*: | That the defendant possessed 1,000 or more marijuana plants. |

PENALTY: Imprisonment of not less than ten years to life imprisonment and/or a fine of not more than $10,000,000.00. Additionally, the defendant will receive a term of supervised release after imprisonment of at least five years.

Count Two

– 18 U.S.C. § 924(c)(1)(A)(i), Possessing a firearm in furtherance of a drug trafficking crime.

*First*: That the defendant committed the drug trafficking crime alleged in Count

| | |
|---|---|
| | One; and |
| *Second*: | That the defendant knowingly possessed a firearm in furtherance of his commission of the crime charged in Count One. |
| PENALTY: | Imprisonment of not less than five years, to be served consecutively with any other term of imprisonment and/or a fine of not more than $250,000.00. Additionally, the defendant will receive a term of supervised release after imprisonment of up to five years. |
| ALTERNATIVE FINE BASED ON GAIN OR LOSS: | Not Applicable. |
| SENTENCING GUIDELINES: | Advisory. |
| SUPERVISED RELEASE: | See penalty provisions for each respective Count. |
| FORFEITURE: | The Defendant will forfeit whatever interest he has in the assets listed in the Indictment. |
| SPECIAL ASSESSMENT: | $200 ($100 per count of conviction times two), 18 U.S.C. § 3013(a)(2)(A). |
| ATTACHED: | Plea agreement. |

/s/ *Michael B. Kusin*
Michael B. Kusin
Assistant U.S. Attorney