UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO.: 4:12CR00273-001 |
| | § | |
| **JOHN RUSSELL MORALES** | § | |
| Defendant | § | |

## Notice of Eligibility for Sentence Reduction

In light of the November 1, 2014, Amendments to the Sentencing Guidelines, your case is being considered by the Court for a sentence reduction based on the drug minus 2 amendment (Amendment 782). In considering the reduction, the Court has had an Addendum prepared by the U.S. Probation Office, which is attached to this Notice for your review. Be advised that if a reduced term of imprisonment is ordered by the Court, the effective date of the order will be no earlier than November 1, 2015, as noted in the amendment.

If you wish to respond to the information presented in the Addendum, you must do so within twenty-one days from the date of this Notice. Responses received after the date will not be considered by the Court. You are not required to respond; however, a failure to respond will be interpreted as your agreement with the information contained in the Addendum.

If responding to the Addendum, you must file your response with the United States District Clerk's Office, Southern District of Texas, Houston Division, P.O. Box 61010, Houston, Texas 77208. A copy of your response must also be sent to the United States Probation Office, Southern District of Texas, Houston Division, P.O. Box 61207, Houston, Texas 77208. A copy of the Addendum is also being provided to the United States Attorney. The United States Attorney may also respond to the Addendum within twenty-one days. Alternatively, the United States Attorney may notify the Court they will elect to defer any response until they have received any response to the Addendum from the defendant. DO NOT SEND A RESPONSE DIRECTLY TO THE JUDGE.

SIGNED at Houston, Texas, March 23, 2015.

Vanessa D. Gilmore
United States District Judge